IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2007

Charles R. Fulbruge III
Clerk

No. 06-50198
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

HERMAN SALDANA JR

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:05-CR-258-ALL

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Herman Saldana, Jr., raises arguments that he concedes are foreclosed by United States v. De Jesus Batres, 410 F.3d 154, 162 (5th Cir. 2005), which held that proof of specific intent to violate immigration laws is not an element of the offense of alien harboring. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.